# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **LOUISE BROWN, THOMAS DIXON & WILLIAM J. HAMILTON, III**<br><br>                                Plaintiffs, | **CASE #** 2:25-cv-02649-DCN-MHC |
| **vs.** | **AFFIDAVIT OF WILLIAM J. HAMILTON, III** |
| **CITY OF CHARLESTON,** an incorporated municipality and political subdivision of the State of South Carolina & **WILLIAM S. COGSWELL, JR.,** Mayor of the City of Charleston, in his official capacity,<br><br>                                Defendants. | **JURY TRIAL NOT DEMANDED** |

The Plaintiff, William J. Hamilton, III, After first being sworn, deposes and says as follows:

1. The Plaintiff, William J. Hamilton, III, has drafted, read and reviewed the Complaint and Motion filed herein.

2. He knows the content of the Complaint and Motion to be true based upon his personal knowledge, saving and except those matters therein stated upon information and belief and as to those, he believes them to be true.

3. The Plaintiffs will be filing additional affidavits and exhibits, now being collected, addressing these same facts and issues and plans to devote most of the coming weekend to that effort, which will necessaries involve the expenditure of at least 10 additional hours of legal work, for which the Plaintiffs will be seeking compensation from the

Defendants.

4. The Plaintiff William Hamilton has read the above statements and knows them to be true, saving and accepting those matters alleged upon information and belief and as to those, he believes them to be true.

/s/William J. Hamilton, III

William J. Hamilton, III
SC Bar #2632
32 Sowell St.
Mount Pleasant, SC 29464
Ph (843) 870-5299
Email wjhamilton29464@gmail.com

March 28, 2025

Sworn to before me this _____ day of March, 2025

_____

Notary public for South Carolina

My Commission Expires:_____