# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| **LOUISE BROWN, THOMAS DIXON & WILLIAM J. HAMILTON, III**<br><br>Plaintiffs, | CASE # 2:25-cv-02649-DCN-MHC |
|---|---|
| vs. | Exhibits to Complaint |
| **CITY OF CHARLESTON,** an incorporated municipality and political subdivision of the State of South Carolina & **WILLIAM S. COGSWELL, JR.**, Mayor of the City of Charleston, in his official capacity,<br><br>Defendants. | **JURY TRIAL NOT DEMANDED** |

A. Email and linked announcement, pp. 2 - 4

B. copy of that application (including site maps) pp. 5 - 16

C. copy of that City's response and counterproposal. Pp. 17 - 19

Respectfully submitted.

*/s/ William J. Hamilton, III*

William J. Hamilton, III
SC Bar #2632
32 Sowell St.
Mount Pleasant, SC 29464
Ph (843) 870-5299
Email wjhamilton29464@gmail.com

Mount Pleasant, SC
March 28, 2025